SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT L. STEELE, Assistant Federal Public Defender (#5546)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
*Attorneys for Defendant*
46 West Broadway, Suite 110
Salt Lake City, Utah   84101
Telephone: (801) 524-4010
Email: Robert_Steele@fd.org

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GREGORY BRACKEN,<br><br>Defendant. | **MOTION TO REOPEN DETERMINATION OF DETENTION AND REQUEST FOR HEARING**<br><br>Case No.  2:24-cr-00132 TS<br><br>Magistrate Judge Pead |
|---|---|

Defendant, Ryan Gregory Bracken ("Bracken"), through undersigned counsel, moves this Court to schedule a hearing to reopen the Court's determination of detention, pursuant to 18 U.S.C. 3142(f), and consider his release on his own recognizance. This motion is based on the following:

1.  Defendant made his initial appearance on the Indictment returned in this matter on April 18, 2024. Defendant was ordered detained at that time based on findings that he presented both a risk of nonappearance and of being a danger to the community.[1]

2.  The following new information is provided with this motion:

    a.  Bracken has a place to live with his son, Rylen Bracken, and his son's girlfriend. Their address, names, and dates of birth will be provided to Federal Pretrial; and

    b.  Bracken intends to quickly return to work as a welder, if not working for a former employer, then for some place new.

Based on the foregoing, Defendant respectfully requests a hearing to reopen the determination of his detention status.

DATED this 26th day of July, 2024.

/s/ *Robert L. Steele*
ROBERT L. STEELE
Assistant Federal Public Defender

---

[1] Dkt. No. 15.