SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT L. STEELE, Assistant Federal Public Defender (#5546)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
*Attorneys for Defendant*
46 West Broadway, Suite 110
Salt Lake City, Utah  84101
Telephone: (801) 524-4010
Email: Robert_Steele@fd.org

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GREGORY BRACKEN,<br><br>Defendant. | **MOTION FOR FURLOUGH TO ATTEND CELEBRATION OF LIFE**<br><br>Case No.  2:24-cr-00132 TS |

Defendant, Ryan Gregory Bracken, hereby moves this Court to grant him a furlough from the Salt Lake County Jail from 3:00 p.m. until 7:00 p.m. on Saturday, September 7, 2024, to attend the Celebration of Life for his brother, Matthew Loren Slaymaker.  This motion is based on the following:

1.     Mr. Bracken made his initial appearance on the indictment in this matter on April 19, 2024, and he was ordered detained.  A review of detention was later held on

August 6, 2024, and the Court determined there was no legal reason for the reopening of detention at that time.

2. Celebration of Life services for his brother, Matthew Loren Slaymaker, will be held on September 7th at Jenkins-Soffe Mortuary from 4:00 p.m. to 6:00 p.m. https://jenkins-soffe.com/obituaries/matthew-slaymaker  Mr. Bracken's wife, Kristine Michelle Nixon, will transport him to the services and will remain with him at all times.  She will return him to the jail following the services.

3. Assistant United States Attorneys Sirena Wissler and Tanner Zumwalt were consulted, and they object to Mr. Bracken's request for a furlough.

DATED this 30th day of August, 2024.


/ s / *Robert L. Steele*

ROBERT L. STEELE
Assistant Federal Public Defender
