# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN GREGORY BRACKEN,<br><br>Defendant. | **ORDER FOR FURLOUGH TO ATTEND CELEBRATION OF LIFE**<br><br>Case No. 2:24-cr-00132 TS |

Based upon the motion of Defendant, and good cause shown;

It is hereby ORDERED that the Defendant, Ryan Gregory Bracken, be released from the Salt Lake County Jail on **Saturday, September 7, 2024 at 3:00 p.m.** to attend the celebration of life for his brother. Mr. Bracken's wife, Kristine Michelle Nixon, will transport him to the services. Defendant is to remain with his family at all times during this temporary release.

Defendant is to return to the custody of the U.S. Marshal at the Salt Lake County Jail on Saturday, September 7, 2024, no later than 7:00 p.m.

DATED this _____ day of September, 2024.

BY THE COURT:

_____
HONORABLE DUSTIN B. PEAD
United States Magistrate Judge