IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RYAN GREGORY BRACKEN, Defendant. | Case No. 2:24-cr-00132-TS JURY VERDICT Judge Ted Stewart |

We the jury, duly empaneled in the above-entitled case, unanimously find as to defendant Ryan Gregory Bracken:

_____ Not Guilty __✓__ Guilty   as to Count I of the Indictment.

_____ Not Guilty __✓__ Guilty   as to Count II of the Indictment.

__✓__ Not Guilty _____ Guilty   as to Count III of the Indictment.

_____ Not Guilty __✓__ Guilty   as to Count IV of the Indictment.

_____ Not Guilty __✓__ Guilty   as to Count V of the Indictment.

_____ Not Guilty __✓__ Guilty   as to Count VI of the Indictment

DATED this __2__ day of October 2024.

*Melissa Thomas*
FOREPERSON OF THE JURY