Little King Gregorius Conquistador (Ryan-Gregory; Bracken)
Attorney in fact, Sui Juris, executor, Cedent
Coll 4051S. 3515 W. West Valley
SALT LAKE, Utah Delivery point code 51
Bracken4780@gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES plaintiff, <br><br> VS. <br><br> RYAN GREGORY BRACKEN Defendant. | SENTENCING MEMO <br><br> Case NO. 2:24CR00132-001 TED STEWART |

First thing the defendant would like to state to set the record straight is He takes full responsibility of His actions for the things He shouldn't Have said, and the Repeated phone calls He shouldn't have made. That by no means was his frustration a justification for Him to behave the way He did, and that by Him taking it to trial was in any way Him trying to Deny what it was he did, rather it was His attempt to try to prove the illegal process used to Seize His Home (property), that He was only trying to Prove that there was never a loan made, that He was given no consideration for the promissory note that was sold/deposited to M.E.R.S., and His mortgage was never in arrears. The defendant feels that losing everything He has worked so hard for and spending almost ten months in a small Bathroom has been a Huge wake up call as well as a major punishment for His foul behavior for the two days He made those calls.

The defendant would also like to state for the Record that He Never intended to Hurt anyone, this was proven several times when multiple solicitors showed up to His Home unannounced. He simply told them to leave that He was not interested in what they was offering. When the defendant did state that He would shoot anyone who showed up to His Home with fraudulant documents to evict Him, that He was stating that in reference to the third party debt collectors Hiring foreign agents by way of B.A.R. members (lawyers) to seize His property (Home), and that the third amendment is clearly written that we the people Have the Right to show no quarter (mercy) to any foreign agents trying to seize our property or Homes. His intent was to prove to the third party debt collectors that they did not Have the Right to Hire foreign agents to seize His property or home, that if they did Hire B.A.R. members (foreign agents to the crown), and they brought a sheriff to enforce shuch matters that the sheriff taking an oath to the Constitution was infact committing treason by aiding and abetting a foreign agent in the seizure of American property (Home). The defendant never wanted to Hurt anyone, but rather wanted to educate the people involved on what they were doing and what Rights the defendant Had.

The defendant feels that the punishment needs to fit the crime and the accounting process used in the PSR is way beyond what is necessary. He feels that the time served Has been a very much sufficient punishment for the two days of calls in question. The defendant feels IN order to deture others as well as Himself IN the future that he needs to reobtain His freedom so that he may share His story with as many others as possible, to show that getting Frustrated can only lead to losing your freedom.

The defendant feels that what He Needs to succeed is Not to be subjected to heavy supervised probation, that is both costly and unnecessary for a man like Him, the defendant Has been sober for almost eight years and Has been very successful despite some major upsets in his life, to which none Have made him want to Relapse over. He feels to be successful He needs to put this behind Him and seek some counselling for His anger/frustration behavior, but that making a probation officer keep tabs on Him is a waste of money and time that could Be used for more individuals that Need it more. The defendant feels that a court probation would suffice, that if He was to Reoffend He would be just as easily apprehended as the first time, But for the Record the defendant Has zero desire to Reoffend.

LKGC Ryan-Gregory ; Blacken
Attorney in fact