Little King Gregorius Conquistador (Ryan-Gregory; Bracken)
Attorney in fact, Sui Juris, Executor, Cedant
coll 405/S. 3515 w. west valley
SALT LAKE, utah delivery point code 51
Bracken4780@Gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES <br> Plaintiff, <br> VS. <br> RYAN GREGORY BRACKEN <br> Defendant. | MOTION IN ARREST, OR VACATE OF JUDGMENT <br><br> Case NO. 2:24-CR-00132 TS <br> TED Stewart |

Based on the fatal defects from the Record of the case the defendant motions for an arrest or to Vacate Judgment.

1. The magistrate entered a plea on behalf of the defendant violating CANON LAW IV, the magistrate, prosecutor, or Judge may not have a financial interest in the case. The defendant denied the charges and claimed Demur: to take an exception to a point of law or an allegation of facts on the basis that even if it is so it does not advance the interests of the party making the statement.

2. The UNITED STATES can NOT Be an INJured party when all Equitable Jurisprudence is the defendants. The UNITED STATES may only enter on the record complaints NOT Claims, there was never a claim of lose, injury, or Harm.

SHGR Ryan-Gregory; Bruden
Attorney in fact
12-2-24

3. A Grand Jury violates the defendants 5th amendment for Due process of law. Where was the defendants Notice and opportunity? where was the defendants Right to representation IN defense? No one can be punished for having refused obedience to the law once it is found to be unconstitutional.

4. WANTON and malicious prosecution, the Magistrate, prosecutor's, and judge all have B.A.R. #'s and failed to produce a verified written and Recorded Oath of office or surety Bond. QUO Warranto by what Right or Authority?

5. Defendant was not Given a trial by Jury of his piers. not one Juror knew the defendant,

6. Conspiracy against the defendants Rights!

7. Defendant was Subjected to an admiralty Jurisdictionary martial law military tribunal called UNITED STATES DISTRICT COURT.

8. The magistrate, prosecutor's, and judge have all Violated Executive orders 13903, 13627 for Human trafficking when they created the Bid, Performance, and payment Bonds. they have also failed to produce a 1099 which is tax EVASION.