## UNITED STATES DISTRICT COURT

**United States of America,**
        Plaintiff-Appellee,

v.

**Ryan Gregory Bracken**
        Defendant-Appellant.

District Court No. 2:24-cr-00132-TS

Court of Appeals No. 25-4005

**NOTE:  THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.   (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal.   (Portions of transcripts should be designated by hearing dates and page numbers.)

1.  Sealed Presentence Investigation Report
2.  Sealed Statement of Reasons
3.  Transcript – Status Conference held 04/18/24
4.  Transcript – Faretta Hearing/Motion Hearing/Arraignment/Pretrial Conference held 04/23/24
5.  Transcript – Status Conference/Attorney Appointment Hearing held 06/13/24
6.  Transcript – Motion Hearing held 06/13/24
7.  Transcript – Motion Hearing held 08/14/24
8.  Transcript – Status Conference held 08/20/24
9.  Transcript – Initial Appearance/Arraignment/Pretrial Conference held 08/27/24
10. Transcript – Motion Hearing held 09/04/24
11. Transcript – Final Pretrial Conference held 09/17/24
12. Transcript – Voir Dire held 09/30/24
13. Transcript – Jury Trial Day 1 held 09/30/24
14. Transcript – Jury Trial Day 2 held 10/01/24
15. Transcript – Jury Trial Day 3 held 10/02/24
16. Transcript – Sentencing held 01/15/24

Signature: */s/ Robert Steele*
Counsel for Ryan Gregory Bracken

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel via ECF and filed with the clerk of the court of appeals on January 29, 2025.

Signature: */s/ Liza Miller*
Paralegal to Robert Steele

## CERTIFICATE OF SERVICE AND DIGITAL SUBMISSIONS

- I HEREBY CERTIFY that I am an employee of the Utah Federal Public Defender Office, and that an electronic copy of the foregoing was served via the ECF system to the party named below, on January 29, 2025:

    Tyler Murray
    Assistant United States Attorney
    District of Utah
    111 South Main Street, Suite 1800
    Salt Lake City, UT 84111

- I also certify that any required privacy redactions have been made.

- I also certify that the digital submission of this document has been scanned for viruses with scanning program Trend Micro Apex One Security Smart Scan Agent File Dated 1/29/2025, r.19.867.00.

- According to the program, the file is free of viruses.


*/s/ Liza Miller*
Paralegal to Robert Steele
46 W. Broadway, Suite 110
Salt Lake City, UT 84101
(801) 524-4010