## US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:24-cr-00132-TS-1

Case title: USA v. Bracken

Date Filed: 04/17/2024

Date Terminated: 01/15/2025

Assigned to: Judge Ted Stewart

Appeals court case number: 25-4005 Tenth Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Ryan Gregory Bracken**<br>*TERMINATED: 01/15/2025* | represented by | **Ryan Gregory Bracken**<br>237036<br>SALT LAKE COUNTY METRO JAIL<br>3415 S 900 W<br>SALT LAKE CITY, UT 84119<br>PRO SE |
| | | **Carlos A. Garcia**<br>FEDERAL PUBLIC DEFENDER<br>DISTRICT OF UTAH<br>46 W BROADWAY STE 110<br>SALT LAKE CITY, UT 84101<br>(801)524-4010<br>Email: carlos_garcia@fd.org<br>*TERMINATED: 05/16/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert L. Steele**<br>FEDERAL PUBLIC DEFENDER<br>DISTRICT OF UTAH<br>46 W BROADWAY STE 110<br>SALT LAKE CITY, UT 84101<br>(801)524-5877<br>Email: robert_steele@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 2261A-STALKING (18 USC 2261A)/Stalking<br>(1s) | Defendant found guilty after trial. BOP 60 MONTHS total for all counts. Supervised release 36 MONTHS with standard and |

special conditions. No fine. SPA $500.00 total for all counts ($100 per guilty count)

18 U.S.C. 875-INTERSTATE COMMUNICATIONS - THREATS/interstate communication of threats
(2s)

Defendant found guilty after trial. BOP 60 MONTHS total for all counts. Supervised release 36 MONTHS with standard and special conditions. No fine. SPA $500.00 total for all counts ($100 per guilty count)

18 U.S.C. 2261A-STALKING (18 USC 2261A)/Stalking
(4s-6s)

Defendant found guilty after trial. BOP 60 MONTHS total for all counts. Supervised release 36 MONTHS with standard and special conditions. No fine. SPA $500.00 total for all counts ($100 per guilty count)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2661A STALKING (18 USC 2261A)/ Stalking (1) | Dismissed |
| 18:875(c) INTERSTATE COMMUNICATIONS - THREATS/ Interstate communication of threats (2) | Dismissed |
| 18 U.S.C. 2261A-STALKING (18 USC 2261A)/Stalking (3s) | Defendant found Not Guilty at Trial |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:2261A - Stalking | |

---

**Notice Party**

**Conrad Kaufman**                    represented by    **Conrad Kaufman**
US PROBATION/PRETRIAL
Email: Conrad_Kaufman@utp.uscourts.gov
PRO SE

---

**Plaintiff**

**USA**                    represented by    **Sirena Miller Wissler**
DOJ-USAO
111 S. MAIN ST
STE 1800

SALT LAKE CITY, UT 84111
801-524-5682
Email: sirena.wissler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Tanner Zumwalt**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
801-325-1418
Email: tanner.zumwalt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2024 | 1 | SEALED COMPLAINT as to Ryan Gregory Bracken (1). Assigned to Magistrate Judge Jared C. Bennett. (alf) [2:24-mj-00337-JCB *SEALED*] (Entered: 04/05/2024) |
| 04/05/2024 | 7 | ARREST Warrant Returned Executed on 4/5/24, filed on 04/11/24 in case as to Ryan Gregory Bracken. (haa) [2:24-mj-00337-JCB *SEALED*] (Entered: 04/12/2024) |
| 04/08/2024 | 3 | ORDER SETTING HEARING OR TRIAL as to Ryan Gregory Bracken. Initial Appearance set for 4/10/2024 at 02:30 PM in Rm 8.400 before Magistrate Judge Dustin B. Pead. Signed by Magistrate Judge Dustin B. Pead on 4/8/2024.(lam) [2:24-mj-00337-JCB *SEALED*] (Entered: 04/08/2024) |
| 04/09/2024 | 4 | Amended ORDER SETTING HEARING OR TRIAL as to Ryan Gregory Bracken.<br><br>Initial Appearance reset for 4/10/2024 at 01:45 PM in Rm 8.400 before Magistrate Judge Dustin B. Pead. **PLEASE NOTE TIME CHANGE ONLY.**<br><br>Signed by Magistrate Judge Dustin B. Pead on 04/09/2024. (tls) [2:24-mj-00337-JCB *SEALED*] (Entered: 04/09/2024) |
| 04/10/2024 | 5 | **SEALED DOCUMENT** PRETRIAL SERVICES REPORT as to Ryan Gregory Bracken (kna) [2:24-mj-00337-JCB *SEALED*] (Entered: 04/10/2024) |
| 04/10/2024 | 6 | MOTION for Detention by USA as to Ryan Gregory Bracken. (lam) [2:24-mj-00337-JCB *SEALED*] (Entered: 04/10/2024) |
| 04/17/2024 | 9 | SEALED INDICTMENT as to Ryan Gregory Bracken (1) count(s) 1, 2. Assigned to Judge Ted Stewart. (mh) (Entered: 04/17/2024) |
| 04/18/2024 |  | Case unsealed as to Ryan Gregory Bracken. The complaint unsealed in case 2:24-mj-00337. (mh) (Entered: 04/18/2024) |
| 04/18/2024 | 12 | NOTICE OF Unsealing Criminal Case as to Ryan Gregory Bracken. The complaint unsealed in case 2:24-mj-00337. (mh) (Entered: 04/18/2024) |
| 04/18/2024 | 13 | NOTICE OF ATTORNEY APPEARANCE: Carlos A. Garcia appearing for Ryan Gregory Bracken (Garcia, Carlos) (Entered: 04/18/2024) |
| 04/18/2024 | 14 | Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Status Conference as to Ryan Gregory Bracken held on 4/18/2024. Defendant present with |

| | | |
|---|---|---|
| | | counsel and in custody. Defendant notifies the Court that he intends to terminate the services of FPD in this matter, and proceed pro se. Defendant makes statements to the Court. The Court sets the matter for Feretta hearing.

Feretta Hearing set for 4/23/2024 at 01:00 PM in Rm 8.400 before Magistrate Judge Dustin B. Pead.

Attorney for Plaintiff: Sirena Wissler, Attorney for Defendant: Carlos Garcia, FPD. Interpreter: Electronic. Probation Officer: Josh Cahoon. Court Reporter: Electronic. (tls) (Entered: 04/19/2024) |
| 04/19/2024 | 15 | ORDER OF DETENTION PENDING TRIAL as to Ryan Gregory Bracken.

NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case.

Motion terminated 6 MOTION for Detention filed by USA.

Signed by Magistrate Judge Dustin B. Pead on 04/19/2024.(tls) (Entered: 04/24/2024) |
| 04/23/2024 | 19 | Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Feretta Motion Hearing/Arraignment/Pretrial Conference as to Ryan Gregory Bracken (1) Count 1,2 held on 4/23/2024. Defendant is present in counsel. The Court holds Feretta Hearing. The Court finds that defendant knowingly and intentionally waives his right to counsel after being informed of all rights. Defendant will proceed pro se in this matter. Indictment is read on the record. NOT GUILTY pleas are entered to all counts. Court sets trial deadlines.

Motions due by 5/14/2024. Plea Agreement due by 6/10/2024. 3 day Jury Trial set for 7/1/2024 at 08:30 AM in Rm 8.300 before Judge Ted Stewart.

Attorney for Plaintiff: Sirena Wissler, Attorney for Defendant: Ryan Bracken, Pro Se. Interpreter: Not Needed. Probation Officer: Josh Cahoon. Court Reporter: Electronic/Michelle Mallonee. (Time Start: 12:58:06, Time End: 2:18:48, Room 8.400). (tls) (Entered: 05/07/2024) |
| 05/02/2024 | 16 | NOTICE OF ATTORNEY APPEARANCE Tanner Zumwalt appearing for USA. (Zumwalt, Tanner) (Entered: 05/02/2024) |
| 05/06/2024 | 17 | MOTION to Amend/Correct 9 Indictment (Sealed) by USA as to Ryan Gregory Bracken. (Attachments: # 1 Text of Proposed Order)(Zumwalt, Tanner) (Entered: 05/06/2024) |
| 05/07/2024 | 18 | *First* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 05/07/2024) |
| 05/16/2024 | 20 | MOTION Habeas Corpus Writ of Quo Warranto filed by Ryan Gregory Bracken. (tls) (Entered: 05/16/2024) |
| 05/16/2024 | | Attorney update in case as to Ryan Gregory Bracken. Attorney Carlos A. Garcia terminated per Feretta Hearing held on 4/23/24. (tls) (Entered: 05/16/2024) |
| 05/20/2024 | 21 | RESPONSE to Motion by USA as to Ryan Gregory Bracken re 20 MOTION Habeas Corpus Writ of Quo Warranto (Wissler, Sirena) (Entered: 05/20/2024) |
| 05/22/2024 | 22 | MOTION to Dismiss filed by Ryan Gregory Bracken. (tls) (Entered: 05/22/2024) |

| | | |
|---|---|---|
| 05/29/2024 | 23 | MEMORANDUM in Opposition by USA as to Ryan Gregory Bracken re 22 MOTION to Dismiss (Zumwalt, Tanner) (Entered: 05/29/2024) |
| 05/31/2024 | 24 | **NOTICE OF HEARING** as to Ryan Gregory Bracken (Notice generated by Chambers (rlr)). Status Conference set for 6/4/2024 at 10:00 AM in Rm 8.300 before Judge Ted Stewart.<br>Court Address: 351 South West Temple, Salt Lake City, Utah (rlr) (Entered: 05/31/2024) |
| 05/31/2024 | 25 | TRIAL ORDER with instructions for counsel as to Ryan Gregory Bracken. Final Pretrial Conference set for 6/18/2024 at 10:00 AM in Rm 8.300 before Judge Ted Stewart. 3 Day Jury Trial set for 7/1/2024 at 08:00 AM in Rm 8.300 before Judge Ted Stewart. See order for more deadlines and information. Signed by Judge Ted Stewart on 5/31/2024.(rlr) (Entered: 05/31/2024) |
| 05/31/2024 | 26 | **REQUEST FOR A JURY**<br>55 Jurors Needed for Voir Dire<br>Date Jurors Needed: 7/1/2024<br>Time Jurors Requested in the Courtroom: 9:00 AM<br>Length of Trial: 3 days<br>Criminal Charge: 18:2661A Stalking ; 18:875(c) Interstate communication of threats<br>High Profile Case: NO<br>(rlr) (Entered: 05/31/2024) |
| 06/04/2024 | 27 | MEMORANDUM DECISION AND ORDER - granting 17 Motion to Amend/Correct as to Ryan Gregory Bracken (1); denying 20 Motion Habeas Corpus Writ of Quo Warranto as to Ryan Gregory Bracken (1); denying 22 Motion to Dismiss as to Ryan Gregory Bracken (1). See Order for details. Signed by Judge Ted Stewart on 6/4/24.(jrj) (Entered: 06/04/2024) |
| 06/04/2024 | 28 | Minute Entry for proceedings held before Judge Ted Stewart: Status Conference as to Ryan Gregory Bracken held on 6/4/2024. The defendant is present prose. Copies of docket entries 25 , 26 , and 27 are given to him for review before the hearing started. Discussion and argument heard regarding the status of the case. The Court revokes the defendants right to represent himself and the matter will be referred to Magistrate Judge Pead for appointment of counsel. The defendant is remanded to the custody of the USMS.<br><br>Attorney for Plaintiff: Sirena Wissler, Tanner Zumwalt, Attorney for Defendant: Ryan Gregory Bracken (pro se). Interpreter: None. Court Reporter: Michelle Gonsalves. (rlr) (Entered: 06/04/2024) |
| 06/11/2024 | 29 | ORDER SETTING HEARING OR TRIAL as to Ryan Gregory Bracken.<br><br>Attorney Status Conference set for 6/13/2024 at 11:00 AM in Rm 8.400 before Magistrate Judge Dustin B. Pead.<br><br>Signed by Magistrate Judge Dustin B. Pead on 06/11/2024.(tls) (Entered: 06/11/2024) |
| 06/13/2024 | 30 | Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Status Conference/Attorney Appointment Hearing as to Ryan Gregory Bracken held on 6/13/2024. Defendant present with counsel and in custody. Defendant addresses the Court regarding medical concerns. Counsel is directed to look into medical care and determine whether appropriate care can be received at the current jail. Defendant states objections to the appointment of counsel for the record. The Court finds that defendant qualifies for appointment of counsel, and formally appoints FPD counsel, Robert Steele. Discussion held regarding speedy trial. Any motion to continue the current trial setting shall be filed by no later than June 17, 2024. Government is to file any response within 2 days of the filing of the motion. Defendant is to file any Motion to Reinstate Sui Juris status no later |

| | | |
|---|---|---|
| | | than 5 weeks in advance of the trial setting. Government shall have one week to respond to said motion. Government is directed to provide complete discovery by June 17, 2024.<br><br>Attorney for Plaintiff: Tanner Zumwalt, Attorney for Defendant: Robert Steele, FPD. Interpreter: Not Needed. Probation Officer: Wyatt Stanworth. Court Reporter: Electronic. (Time Start: 10:58:47, Time End: 11:14:50, Room 7.100). (tls) (Entered: 06/13/2024) |
| 06/13/2024 | 31 | DOCKET TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ryan Gregory Bracken. Robert L. Steele for Ryan Gregory Bracken appointed. No attached document.<br><br>Representation shall continue for any post-sentencing activities initiated by the US Probation Office.<br><br>Signed by Magistrate Judge Dustin B. Pead on 06/13/2024.(tls) (Entered: 06/13/2024) |
| 06/14/2024 | | **NOTICE FROM THE COURT:** Terminate Deadlines and Hearings as to Ryan Gregory Bracken: The final pretrial conference set for 6/18/2024 is STRICKEN and will be reset for a date after the deadline to file a motion to continue the trial. If no motion is filed, the final pretrial conference will be reset immediately. (rlr) (Entered: 06/14/2024) |
| 06/17/2024 | 32 | Stipulated MOTION to Continue *Jury Trial* filed by Ryan Gregory Bracken. (Attachments: # 1 Text of Proposed Order)(Steele, Robert) (Entered: 06/17/2024) |
| 06/17/2024 | 33 | ORDER TO CONTINUE JURY TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT - Granting 32 Motion to Continue as to Ryan Gregory Bracken (1); Ends of Justice as to Ryan Gregory Bracken. Time excluded from 6/17/24 until 9/3/24. Motion Granted 32 Stipulated MOTION to Continue *Jury Trial* filed by Ryan Gregory Bracken. Court Reporter required Y. Interpreter required N. Is this an In-person Hearing Y.( Jury Trial re-set for 9/3/2024 at 08:30 AM in Rm 8.300 before Judge Ted Stewart.) Signed by Judge Ted Stewart on 6/17/24.(jrj) (Entered: 06/17/2024) |
| 06/18/2024 | 34 | *First and Second* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 06/18/2024) |
| 06/18/2024 | 35 | *Third* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 06/18/2024) |
| 06/20/2024 | 36 | DOCUMENTS LODGED consisting of Motion for dismissal.<br>Note: attached document lodged for reference purposes only; no response required unless specifically ordered by the court. Lodge per chambers. (Attachments: # 1 Envelope)(kpf) (Entered: 06/24/2024) |
| 07/03/2024 | 37 | **RESTRICTED DOCUMENT** NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Status Conference as to Ryan Gregory Bracken held on JUNE 4, 2024 before Judge Ted Stewart. Court Reporter/Transcriber Michelle B. Gonsalves, RPR, CRR, CBC, CSR, Telephone number 801-783-8657.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: Please review the transcript within 14 days after receiving this notice to determine if personal data identifiers need to be redacted. If redaction is not required, the transcript will be made electronically available 90 days after this notice. If redaction of personal identifies is needed, a party must file a Notice of Intent to Request Redaction within 21 days after receiving this information. The Attorney Filing the Notice of Intent To Request Redaction and Redaction request must send a copy to the court reporter. The court will not send a copy to the court reporter.** |

| | | |
|---|---|---|
| | | **Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Request Redaction due 7/25/2024. Redaction Request due 8/14/2024. Redacted Transcript Deadline set for 9/4/2024. Release of Transcript Restriction set for 10/1/2024. (jrj) Modified by removing restricted text on 10/1/2024 (kec). (Entered: 07/03/2024)** |
| 07/03/2024 | 38 | Transcript Purchased by: Robert Steele re 37 transcript(s) of 6/4/24. (jrj) (Entered: 07/03/2024) |
| 07/16/2024 | 39 | Defendant's MOTION to Reinstate His Right to Self Representation filed by Ryan Gregory Bracken. (Steele, Robert) (Entered: 07/16/2024) |
| 07/26/2024 | 40 | Defendant's MOTION for Review of Detention *and Request for Hearing* filed by Ryan Gregory Bracken. (Steele, Robert) (Entered: 07/26/2024) |
| 07/26/2024 | 41 | RESPONSE to Motion by USA as to Ryan Gregory Bracken re 39 Defendant's MOTION to Reinstate His Right to Self Representation (Zumwalt, Tanner) (Entered: 07/26/2024) |
| 07/29/2024 | 42 | ORDER SETTING MOTION HEARING as to Ryan Gregory Bracken re 40 Defendant's MOTION for Review of Detention *and Request for Hearing* <br><br> Motion Hearing set for 8/5/2024 at 10:00 AM in Rm 7.100 before Magistrate Judge Dustin B. Pead. <br><br> Signed by Magistrate Judge Dustin B. Pead on 07/29/2024.(tls) (Entered: 07/29/2024) |
| 07/29/2024 | 43 | Amended ORDER SETTING MOTION HEARING as to Ryan Gregory Bracken re 40 Defendant's MOTION for Review of Detention *and Request for Hearing* <br><br> Motion Hearing set for 8/6/2024 at 10:00 AM in Rm 7.100 before Magistrate Judge Dustin B. Pead. **PLEASE NOTE DATE CHANGE ONLY.** <br><br> Signed by Magistrate Judge Dustin B. Pead on 07/29/2024. (tls) (Entered: 07/29/2024) |
| 07/31/2024 | 44 | **NOTICE OF HEARING ON MOTION** in case as to Ryan Gregory Bracken re 39 Defendant's MOTION to Reinstate His Right to Self Representation : (Notice generated by Chambers (rlr)). <br><br> Motion Hearing set for 8/14/2024 at 10:30 AM in Rm 8.300 before Judge Ted Stewart. (rlr) (Entered: 07/31/2024) |
| 08/04/2024 | 45 | MEMORANDUM in Opposition by USA as to Ryan Gregory Bracken re 40 Defendant's MOTION for Review of Detention *and Request for Hearing* (Zumwalt, Tanner) (Entered: 08/04/2024) |
| 08/06/2024 | 46 | Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Motion Hearing as to Ryan Gregory Bracken held on 8/6/2024 re 40 Defendant's MOTION for Review of Detention *and Request for Hearing* filed by Ryan Gregory Bracken. The Court hears argument from the parties regarding the issue of detention and whether it is appropriate to reopen the matter of detention. For the reasons stated on the record, the Court orders that there is no legal reason for the reopening of detention at this time. Defendant is to remain in USMS custody pending resolution of this matter. <br><br> Attorney for Plaintiff: Tanner Zumwalt, Attorney for Defendant: Robert Steele, FPD. Interpreter: Not Needed. Probation Officer: Wyatt Stanworth. Court Reporter: |

| | | |
|---|---|---|
| | | Electronic/Laura Robinson. (Time Start: 10:03:38, Time End: 11:05:48, Room 7.100). (tls) (Entered: 08/06/2024) |
| 08/06/2024 | 47 | DOCKET TEXT ORDER denying 40 Motion for Review of Detention as to Ryan Gregory Bracken (1) per oral ruling at hearing held on 08/06/2024.<br><br>Signed by Magistrate Judge Dustin B. Pead on 08/06/2024. No attached document. (tls) (Entered: 08/06/2024) |
| 08/08/2024 | 48 | TRIAL ORDER with instructions for counsel as to Ryan Gregory Bracken. Final Pretrial Conference set for 8/20/2024 at 10:00 AM in Rm 8.300 before Judge Ted Stewart. 3 Day Jury Trial set to begin 9/3/2024 at 08:00 AM in Rm 8.300. See order for more deadlines and information. Signed by Judge Ted Stewart on 8/8/2024.(rlr) (Entered: 08/08/2024) |
| 08/13/2024 | 49 | *Fourth* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 08/13/2024) |
| 08/14/2024 | 50 | Minute Entry for proceedings held before Judge Ted Stewart: Motion Hearing as to Ryan Gregory Bracken held on 8/14/2024 re 39 Defendant's MOTION to Reinstate His Right to Self Representation filed by Ryan Gregory Bracken. The defendant is present in custody, with counsel. Questions are posed to the defendant by the Court. After discussion the Court grants the motion and Mr. Steele shall remain on the case as standby counsel. Discussion heard regarding the final pretrial and trial dates. The dates will remain intact. The defendant is remanded to the USMS pending trial.<br><br>Attorney for Plaintiff: Tanner Zumwalt, Attorney for Defendant: Robert Steele, Public Defender. Interpreter: None. Court Reporter: Michelle Gonsalves. (rlr) (Entered: 08/14/2024) |
| 08/14/2024 | 51 | **REQUEST FOR A JURY**<br>55 Jurors Needed for Voir Dire<br>Date Jurors Needed: 9/3/2024<br>Time Jurors Requested in the Courtroom: 9:00 AM<br>Length of Trial: 3-4 days<br>Criminal Charge: Stalking, Interstate Communication of Threats<br>Interpreter language: None<br>Number of defendants needing interpreter None<br>High Profile Case: NO<br>(rlr) (Entered: 08/14/2024) |
| 08/20/2024 | 52 | Minute Entry for proceedings held before Judge Ted Stewart: Status Conference as to Ryan Gregory Bracken held on 8/20/2024. The defendant is present in custody, with stand-by counsel. The defendant submits a written motion to dismiss which will be placed on the Court's docket. The defendant asks for a 30 day continuance of the trial. A new trial date of 9/30/2024 is set. A final pretrial hearing will be set for 9/17/2024 at 11:00 AM. The defendant is remanded to the custody of the USMS pending trial.<br><br>Attorney for Plaintiff: Sirena Wissler, Tanner Zumwalt, Attorney for Defendant: Bracken (pro se), Robert Steele (stand-by counsel), Pro se. Interpreter: None. Court Reporter: Michelle Mallonne. (rlr) (Entered: 08/20/2024) |
| 08/20/2024 | 53 | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION TO REINSTATE HIS RIGHT TO SELF REPRESENTATION -granting 39 Motion to Reinstate His Right to Self Representation ; ORDER as to Ryan Gregory Bracken. It is therefore ORDERED that Defendant's Motion to Reappoint his Self Representation (Docket No. 39) is GRANTED. It is further ORDERED that Robert Steele is appointed as |

| | | standby counsel to assist Bracken at trial and in preparing his defense. Signed by Judge Ted Stewart on 8/20/24.(jrj) (Entered: 08/20/2024) |
|---|---|---|
| 08/20/2024 | 54 | MOTION to Dismiss filed by Ryan Gregory Bracken. (rlr) (Entered: 08/20/2024) |
| 08/20/2024 | 55 | TRIAL ORDER with instructions for counsel as to Ryan Gregory Bracken. Final Pretrial Conference set for 9/17/2024 at 11:00 AM in Rm 8.300 before Judge Ted Stewart. 3 Day Jury Trial set to begin 9/30/2024 at 08:00 AM in Rm 8.300 before Judge Ted Stewart. See order for more deadlines and information. Signed by Judge Ted Stewart on 8/20/2024.(rlr) (Entered: 08/20/2024) |
| 08/21/2024 | 56 | SUPERSEDING INDICTMENT as to Ryan Gregory Bracken (1) count(s) 1s, 2s, 3s-6s. Assigned to Judge Ted Stewart. (jrj) (Entered: 08/21/2024) |
| 08/22/2024 | 59 | ORDER SETTING IN-PERSON HEARING OR TRIAL as to Ryan Gregory Bracken. Arraignment on Superseding Indictment set for 8/27/2024 at 11:00 AM in Rm 8.400 before Magistrate Judge Cecilia M. Romero. Signed by Magistrate Judge Cecilia M. Romero on 8/22/24.(ksm) (Entered: 08/22/2024) |
| 08/27/2024 | 60 | MEMORANDUM in Opposition by USA as to Ryan Gregory Bracken re 54 MOTION to Dismiss (Zumwalt, Tanner) (Entered: 08/27/2024) |
| 08/27/2024 | 61 | Minute Entry for proceedings held before Judge Magistrate Judge Jared C. Bennett: Initial App./Arraignment/Pretrial Conference as to Ryan Gregory Bracken (1) Count 1,1s,2,2s,3s-6s held on 8/27/2024.Defendant present IN-PERSON with counsel and in custody. The court reads the Superseding Indictment into the record. Rights and penalties explained.The court enters a Plea of NOT GUILTY for the defendant.The defendant is remanded to the USMS. Attorney for Plaintiff: Tanner Zumalt and Sirena Wissler, Attorney for Defendant: Bob Steele-stand-by counsel. Interpreter: Not Needed. Probation Officer: Not Needed. Court Reporter: electronic.(Time Start: 11:07:25 am, Time End: 11:15:40 am, Room 8.400.) (ksm) (Entered: 08/27/2024) |
| 08/27/2024 | 62 | *Fifth* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 08/27/2024) |
| 08/30/2024 | 63 | Defendant's MOTION for Furlough to attend Celebration of Life on September 7, 2024 filed by Ryan Gregory Bracken. (Attachments: # 1 Text of Proposed Order)(Steele, Robert) (Entered: 08/30/2024) |
| 09/03/2024 | 64 | MEMORANDUM in Opposition by USA as to Ryan Gregory Bracken re 63 Defendant's MOTION for Furlough to attend Celebration of Life on September 7, 2024 (Zumwalt, Tanner) (Entered: 09/03/2024) |
| 09/03/2024 | 65 | MOTIONS as to Ryan Gregory Bracken 63 Defendant's MOTION for Furlough to attend Celebration of Life on September 7, 2024 referred to Judge Dustin B. Pead.(cg) (Entered: 09/03/2024) |
| 09/03/2024 | 66 | ORDER SETTING HEARING OR TRIAL as to Ryan Gregory Bracken.<br><br>ZOOM Status Conference set for 9/4/2024 at 09:00 AM in US District Court-SLCU *virtual Court Via Zoom Conference* before Magistrate Judge Dustin B. Pead.<br><br>Signed by Magistrate Judge Dustin B. Pead on 09/03/2024. (tls) (Entered: 09/03/2024) |
| 09/04/2024 | 67 | Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Motion Hearing as to Ryan Gregory Bracken held on 9/4/2024 re 63 Defendant's MOTION for Furlough to attend Celebration of Life on September 7, 2024 filed by Ryan Gregory Bracken. Defendant is present with standby counsel. All parties are present via Zoom. The Court hears from defendant regarding the pending Motion for Furlough. The Court |

| | | |
|---|---|---|
| | | proposes possible alternatives to release. Government opposes the motion. Arguments are heard. The Court will allow defendant video access to funeral services online. In addition, the Court will allow defendant time to meet with family in person at the courthouse.<br><br>Attorney for Plaintiff: Sirena Wissler and Tanner Zumwalt, Attorney for Defendant: Pro Se (Robert Steele - Standby). Interpreter: Not Needed. Probation Officer: Not Present. Court Reporter: Electronic/Zoom. (tls) (Entered: 09/04/2024) |
| 09/04/2024 | 68 | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS - denying 54 Motion to Dismiss as to Ryan Gregory Bracken (1). See Order for details. Signed by Judge Ted Stewart on 9/4/24.(jrj) (Entered: 09/04/2024) |
| 09/04/2024 | 69 | DOCKET TEXT ORDER denying 63 Motion for Furlough as to Ryan Gregory Bracken (1). Order denied based on ruling at hearing held on 09/04/2024.<br><br>Signed by Magistrate Judge Dustin B. Pead on 09/04/2024. No attached document. (tls) (Entered: 09/13/2024) |
| 09/17/2024 | 70 | **REQUEST FOR A JURY**<br>55 Jurors Needed for Voir Dire<br>Date Jurors Needed: 9/30/2024<br>Time Jurors Requested in the Courtroom: 9:00 AM<br>Length of Trial: 3-4 days<br>Criminal Charge: Stalking; Interstate Communication of Threats; Stalking<br>High Profile Case: NO<br>(rlr) (Entered: 09/17/2024) |
| 09/17/2024 | 71 | JURORS HAVE BEEN SENT A NOTICE TO APPEAR by the Jury Office.<br>Jurors to report on September 30, 2024 at 7:40 a.m. (tlh) (Entered: 09/17/2024) |
| 09/17/2024 | 72 | Minute Entry for proceedings held before Judge Ted Stewart: Final Pretrial Conference as to Ryan Gregory Bracken held on 9/17/2024. The defendant is present in custody, with standby counsel. Both sides state they will be ready for trial to begin 9/30/2024. The Court sets a plea negotiation deadline for 9/24/2024. Trial will begin on 9/30/2024 at 8:30 AM. Trial briefs, proposed voire dire, proposed jury instructions, proposed verdict form, are all due by 9/23/2024. The defendant is remanded to the custody of the USMS pending trial.<br><br>Attorney for Plaintiff: Sirena Wissler, Tanner Zumwalt, Attorney for Defendant: Bracken (pro se), Robert Steele (stand-by counsel). Interpreter: None. Court Reporter: Michelle Mallonne. (rlr) (Entered: 09/17/2024) |
| 09/18/2024 | 73 | NOTICE of Intent to Use Evidence filed by USA as to Ryan Gregory Bracken (Attachments: # 1 Exhibit A)(Zumwalt, Tanner) (Entered: 09/18/2024) |
| 09/19/2024 | 74 | *Seventh* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 09/19/2024) |
| 09/20/2024 | 75 | *Eighth* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 09/20/2024) |
| 09/20/2024 | 76 | Defendant's MOTION in Limine filed by Ryan Gregory Bracken. (Steele, Robert) (Entered: 09/20/2024) |
| 09/20/2024 | 77 | REQUEST for Discovery by Ryan Gregory Bracken (Steele, Robert) (Entered: 09/20/2024) |

| | | |
|---|---|---|
| 09/20/2024 | 78 | OBJECTIONS *to Jury Instructions* by Ryan Gregory Bracken (Steele, Robert) (Entered: 09/20/2024) |
| 09/20/2024 | 79 | Defendant's Proposed Voir Dire by Ryan Gregory Bracken (Steele, Robert) (Entered: 09/20/2024) |
| 09/23/2024 | 80 | **NOTICE OF HEARING** as to Ryan Gregory Bracken (Notice generated by Chambers (rlr)). 3-Day Jury Trial set to begin 9/30/2024 at 08:00 AM in Rm 8.100 before Judge Ted Stewart. **PLEASE NOTE NEW COURTROOM.** (rlr) (Entered: 09/23/2024) |
| 09/23/2024 | 81 | Proposed Jury Instructions by USA as to Ryan Gregory Bracken (Zumwalt, Tanner) (Entered: 09/23/2024) |
| 09/23/2024 | 82 | MOTION in Limine by USA as to Ryan Gregory Bracken. (Zumwalt, Tanner) (Entered: 09/23/2024) |
| 09/23/2024 | 83 | TRIAL BRIEF by USA as to Ryan Gregory Bracken (Wissler, Sirena) (Entered: 09/23/2024) |
| 09/23/2024 | 84 | Proposed Jury Verdict by USA as to Ryan Gregory Bracken (Zumwalt, Tanner) (Entered: 09/23/2024) |
| 09/23/2024 | 85 | Proposed Voir Dire by USA as to Ryan Gregory Bracken (Zumwalt, Tanner) (Entered: 09/23/2024) |
| 09/23/2024 | 86 | Defendant's MOTION in Limine filed by Ryan Gregory Bracken. (Steele, Robert) (Entered: 09/23/2024) |
| 09/24/2024 | 87 | *Ninth* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 09/24/2024) |
| 09/25/2024 | 88 | ORDER RE: BRACKEN'S REQUESTED VOIR DIRE QUESTIONS as to Ryan Gregory Bracken. See Order for details. Signed by Judge Ted Stewart on 9/25/24.(jrj) (Entered: 09/25/2024) |
| 09/25/2024 | 89 | *Tenth* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 09/25/2024) |
| 09/26/2024 | 90 | MEMORANDUM DECISION AND ORDER OVERRULING DEFENDANTS OBJECTIONS TO PROPOSED JURY INSTRUCTIONS as to Ryan Gregory Bracken. It is therefore ORDERED that Defendant's objections to the proposed jury instructions are OVERRULED as set forth in the order. See Order for details. Signed by Judge Ted Stewart on 9/26/24.(jrj) (Entered: 09/26/2024) |
| 09/26/2024 | 91 | MEMORANDUM DECISION AND ORDER RE: DEFENDANT'S PRETRIAL MOTIONS - denying 76 Motion in Limine as to Ryan Gregory Bracken (1); denying 86 Motion in Limine as to Ryan Gregory Bracken (1). It if furtherORDERED that Defendant's Request for Discovery (Docket No. 77) is GRANTED IN PART as described herein. See Order for details. Signed by Judge Ted Stewart on 9/26/24.(jrj) (Entered: 09/26/2024) |
| 09/26/2024 | 92 | MEMORANDUM DECISION AND ORDER RE: GOVERNMENT'S MOTION IN LIMINE - granting in part 82 Motion in Limine as to Ryan Gregory Bracken (1). See Order for details. Signed by Judge Ted Stewart on 9/26/24.(jrj) (Entered: 09/26/2024) |
| 09/26/2024 | 93 | Amended Proposed Jury Instructions by USA as to Ryan Gregory Bracken (Zumwalt, Tanner) (Entered: 09/26/2024) |
| 09/27/2024 | 94 | OBJECTIONS *to Proposed Exhibits* filed by USA as to Ryan Gregory Bracken (Wissler, Sirena) (Entered: 09/27/2024) |

| 09/28/2024 | 95 | *Eleventh* CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Ryan Gregory Bracken. (Wissler, Sirena) (Entered: 09/28/2024) |
|---|---|---|
| 09/30/2024 | 96 | Minute Entry for proceedings held before Judge Ted Stewart: Voir Dire held on 9/30/2024 as to Ryan Gregory Bracken. Pretrial issues are heard prior to the jury pool being brought into the courtroom. 57 prospective jurors are seated in the courtroom. The jury panel is sworn, answers are given to questions posed by the Court and counsel regarding their ability to serve as a juror. At 12:05 pm a jury of 14 members is selected. Jurors not chosen are thanked and excused from the Court. The panel of 14 jurors are sworn in and preliminarily instructed.<br><br>Attorney for Plaintiff: Sirena Wissler, Tanner Zumwalt, Attorney for Defendant: Bracken (pro se), Robert Steele (stand-by counsel). Interpreter: None. Court Reporter: Ed Young. (rlr) (Entered: 09/30/2024) |
| 09/30/2024 | 97 | Minute Entry for proceedings held before Judge Ted Stewart: Jury Trial as to Ryan Gregory Bracken held on 9/30/2024. Witnesses Sheriff Rosa M. Rivera and Tami Cordova are called. Testimony is heard and evidence is entered into the record. The Court adjourns at 1:20 PM to resume again Tuesday, 10/1/2024 at 8:30. The jury is reminded to not discuss this case with anyone nor do any research regarding anything related to the case. Court is adjourned.<br><br>Attorney for Plaintiff: Sirena Wissler, Tanner Zumwalt, Attorney for Defendant: Bracken (pro se), Robert Steele (stand-by counsel). Interpreter: None. Court Reporter: Ed Young. (rlr) (Entered: 09/30/2024) |
| 10/01/2024 | 98 | MEMORANDUM DECISION AND ORDER RE: GOVERNMENTS OBJECTIONS TO DEFENDANTS PROPOSED EXHIBITS AND MOTION TO EXCLUDE - re 94 Objections filed by USA. It is therefore ORDERED that the Government's Objections to Defendant's Proposed Exhibits and Motion to Exclude (Docket No. 94) is SUSTAINED AND GRANTED IN PART. See Order for details. Signed by Judge Ted Stewart on 10/1/24.(jrj) (Entered: 10/01/2024) |
| 10/01/2024 | 99 | Minute Entry for proceedings held before Judge Ted Stewart: Jury Trial as to Ryan Gregory Bracken held on 10/1/2024. Court reconvenes at 8:35 AM with issues heard from the parties outside the jury's presence. The jury is brought into the courtroom and the trial resumes. Witnesses Corey Hess, Lisa Smith, Jacob Fuller, Will Kocher, Jessalyn Halbritter, Tyler Andrus, Hillary McCormack, and Brigham Lundberg are called. Testimony hear and evidence entered into the record. The jury is excused at 1:15 PM to resume again tomorrow, 10/2/2024 at 8:30 AM. After the jury is excused, matters heard outside the jury's presence. Court is adjourned.<br><br>Attorney for Plaintiff: Sirena Wissler, Tanner Zumwalt, Attorney for Defendant: Bracken (pro se), Robert Steele (stand-by counsel). Interpreter: None. Court Reporter: Michelle Gonsalves. (rlr) (Entered: 10/01/2024) |
| 10/02/2024 | | Notice of Appearance. U.S. Probation and Pretrial Services hereby advises the Court that Conrad Kaufman should be added to this case as to Ryan Gregory Bracken (ck) (Entered: 10/02/2024) |
| 10/02/2024 | 100 | Minute Entry for proceedings held before Judge Ted Stewart: Jury Trial as to Ryan Gregory Bracken held on 10/2/2024. Court resumes at 8:35 AM with matters heard outside the presence of the jury. The jury is brought into the courtroom. Witnesses Dallas Crump, Rick Quezada, and Detective Tyson Butterfield are called by the government. Testimony is heard and evidence is entered into the record. The government rests their case in chief. Outside the presence of the jury, the defendant makes a Rule 29 motion. The |

| | | |
|---|---|---|
| | | Court takes the motion under advisement. Testimony is heard from the defendant. The defendant rests his case and the government has no rebuttal case. Jury instructions are read to the jury and closing arguments are heard from both sides. The Court dismisses the two alternate jurors and the jury begins their deliberations at 1:05 PM. <br><br> The Court received a note at 4:00 PM from the jury stating they had a verdict. All parties reconvene in the courtroom and a verdict of guilty on counts 1,2,4,5,6 and not guilty on count 3 is read. The defendant asks for the jury to be polled. The jury is thanked for their service and excused. A sentencing date of 1/7/2025 at 10:30 AM is set. The defendant is remanded to the custody of the USMS pending sentencing. <br><br> Attorney for Plaintiff: Sirena Wissler, Tanner Zumwalt, Attorney for Defendant: Bracken (pro se), Robert Steele (stand-by counsel). Interpreter: None. Court Reporter: Michelle Gonsalves. (rlr) (Entered: 10/03/2024) |
| 10/02/2024 | 101 | **SEALED DOCUMENT** Jury Panel Record as to Ryan Gregory Bracken (rlr) (Entered: 10/03/2024) |
| 10/02/2024 | 103 | Trial Witness and Exhibit List as to Ryan Gregory Bracken (rlr) (Entered: 10/03/2024) |
| 10/02/2024 | 104 | Jury Instructions as to Ryan Gregory Bracken (rlr) (Additional attachment(s) added on 10/21/2024: # 1 with OCR) (kb). (Entered: 10/03/2024) |
| 10/02/2024 | 105 | **SEALED DOCUMENT** Jury Notes as to Ryan Gregory Bracken (rlr) (Entered: 10/03/2024) |
| 10/02/2024 | 106 | JURY VERDICT as to Ryan Gregory Bracken (1) Guilty on Count 1s,2s,4s-6sRyan Gregory Bracken (1) Not Guilty on Count 3s. (rlr) (Additional attachment(s) added on 10/21/2024: # 1 with OCR) (kb). (Entered: 10/03/2024) |
| 10/03/2024 | 107 | **NOTICE OF HEARING** as to Ryan Gregory Bracken (Notice generated by Chambers (rlr)). Sentencing set for 1/7/2025 at 10:30 AM in Rm 8.300 before Judge Ted Stewart. (rlr) (Entered: 10/03/2024) |
| 10/07/2024 | 109 | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL as to Ryan Gregory Bracken. It is therefore ORDERED that Defendant's Motion for Judgment of Acquittal is DENIED. See Order for details. Signed by Judge Ted Stewart on 10/7/24.(jrj) (Entered: 10/07/2024) |
| 12/11/2024 | 110 | **RESTRICTED - Level 2** OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Ryan Gregory Bracken (Steele, Robert) (Entered: 12/11/2024) |
| 12/11/2024 | 111 | Defendant's SENTENCING MEMORANDUM as to Ryan Gregory Bracken (Steele, Robert) (Entered: 12/11/2024) |
| 12/11/2024 | 112 | Defendant's MOTION to Vacate *Judgment* filed by Ryan Gregory Bracken. (Steele, Robert) (Entered: 12/11/2024) |
| 12/20/2024 | 113 | MEMORANDUM in Opposition by USA as to Ryan Gregory Bracken re 112 Defendant's MOTION to Vacate *Judgment* (Zumwalt, Tanner) (Entered: 12/20/2024) |
| 12/26/2024 | 114 | **RESTRICTED - Level 2**PRESENTENCE INVESTIGATION REPORT as to Ryan Gregory Bracken <br> Instructions to Counsel: <br> 1. Click on the document number. <br> 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. <br> 3. If you are not prompted to login, and you still can't see the document, please **make sure you are logged out of PACER**, <br> and then click on the document number again. |

| | | |
|---|---|---|
| | | 4. You may also need to clear your cache.<br>Call the Help Desk at 801-524-6100, if additional help is needed. (Attachments: # 1 Exhibit Addendum)(ck) (Entered: 12/26/2024) |
| 12/30/2024 | 116 | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO VACATE -denying 112 Motion to Vacate as to Ryan Gregory Bracken (1). See Order for details. Signed by Judge Ted Stewart on 12/30/24.(jrj) (Entered: 12/30/2024) |
| 12/31/2024 | 117 | **AMENDED NOTICE OF HEARING** as to Ryan Gregory Bracken (Notice generated by Chambers (rlr)). Sentencing re-set for 1/15/2025 at 10:00 AM in Rm 8.200 before Judge Ted Stewart. (rlr) (Entered: 12/31/2024) |
| 01/06/2025 | 118 | Governments Position with Respect to Sentencing Factors as to Ryan Gregory Bracken (Zumwalt, Tanner) (Entered: 01/06/2025) |
| 01/13/2025 | 119 | MEMORANDUM DECISION AND ORDER as to Ryan Gregory Bracken re 110 Objection to Presentence Investigation Report - as to Ryan Gregory Bracken re 110 Objection to Presentence Investigation Report. It is therefore ORDERED that Defendant's Objections to the Presentence Investigation Report (Docket No. 110) are overruled. Signed by Judge Ted Stewart on 1/13/25.(jrj) (Entered: 01/13/2025) |
| 01/14/2025 | 120 | **RESTRICTED - Level 2** *Defendant's Exhibits for Sentencing* filed by Defendant Ryan Gregory Bracken (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Steele, Robert) (Entered: 01/14/2025) |
| 01/15/2025 | 121 | Minute Entry for proceedings held before Judge Ted Stewart: Sentencing held on 1/15/2025 for Ryan Gregory Bracken (1). The defendant is present in custody, appearing prose with stand by counsel. Discussion and argument heard regarding sentencing. Count(s) 1s, 2s, 4s-6s Defendant found guilty after trial.<br><br>**SENTENCE:** BOP 60 MONTHS total for all counts. Supervised release 36 MONTHS with all standard conditions of release, which were read and explained to the the defendant by the Court, and the following special conditions: 1. You must not use or possess alcohol, nor frequent businesses where alcohol is the chief item of order. 2. You must participate in and successfully complete a mental-health evaluation and/or treatment program, under a copayment plan, as directed by the U.S. Probation Office, and you must not possess or consume alcohol, nor frequent businesses where alcohol is the chief item of order, during the course of treatment or medication. 3. You must submit your person, property, house, residence, office, vehicle, papers, computer [as defined in 18 U.S.C.§1030(e)(1)], other electronic communications or data storage devices or media to a search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition.<br><br>No fine. SPA $500.00 ($100 per guilty count). Count(s) of the original Indictment are dismissed. Appeal rights are read. The defendant is remanded to the custody of the USMS. After the hearing the defendant makes a request that the Court enter a Notice of Appeal on his behalf.<br><br>Attorney for Plaintiff: Sirena Wissler, Tanner Zumwalt, Attorney for Defendant: Bracken (pro se), Robert Steele (stand-by counsel). Interpreter: None. Probation Officer: Conrad Kaufman. Court Reporter: Michelle Gonsalves. (rlr) (Entered: 01/15/2025) |
| 01/15/2025 | 122 | JUDGMENT as to Ryan Gregory Bracken (1), Count(s) 1, 2, Dismissed; Count(s) 1s, Defendant found guilty after trial. BOP 60 MONTHS total for all counts. Supervised |

| | | |
|---|---|---|
| | | release 36 MONTHS with standard and special conditions. No fine. SPA $500.00 total for all counts ($100 per guilty count); Count(s) 2s, Defendant found guilty after trial. BOP 60 MONTHS total for all counts. Supervised release 36 MONTHS with standard and special conditions. No fine. SPA $500.00 total for all counts ($100 per guilty count); Count(s) 3s, Defendant found Not Guilty at Trial; Count(s) 4s-6s, Defendant found guilty after trial. BOP 60 MONTHS total for all counts. Supervised release 36 MONTHS with standard and special conditions. No fine. SPA $500.00 total for all counts ($100 per guilty count). Defendant Termed. Case Closed. Signed by Judge Ted Stewart on 1/15/25.(jrj) (Entered: 01/15/2025) |
| 01/15/2025 | 123 | Entered in error**RESTRICTED - Level 2** STATEMENT OF REASONS as to Ryan Gregory Bracken. (jrj) Modified on 1/15/2025-entered in error (jrj). (Entered: 01/15/2025) |
| 01/15/2025 | 124 | **RESTRICTED - Level 2** STATEMENT OF REASONS as to Ryan Gregory Bracken. (jrj) (Entered: 01/15/2025) |
| 01/15/2025 | 125 | NOTICE OF APPEAL by Ryan Gregory Bracken re 122 Judgment. Filing fee $ 605. Appeals to the USCA Tenth Circuit. Fee Status: Not Paid. (jrj) (Entered: 01/15/2025) |
| 01/15/2025 | 126 | Transmission of Preliminary Record to USCA as to Ryan Gregory Bracken re 125 Notice of Appeal - Final Judgment. (Attachments: # 1 Appendix)(jrj) (Entered: 01/15/2025) |
| 01/16/2025 | 127 | USCA Case Number as to Ryan Gregory Bracken Case Appealed to Tenth Circuit Case Number 25-4005 for 125 Notice of Appeal - Final Judgment filed by Ryan Gregory Bracken. (jrj) (Entered: 01/16/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/28/2025 11:05:13 | | |
| **PACER Login:** | benjimcmurray | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:24-cr-00132-TS |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |