FILED
2025 JUN 16
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| EX parte Ryan G. Bracken<br>Owner/TTEE Real party of interest,<br>Petitioner. | WRIT of ERROR<br>(CO'RAM VO'BIS)<br>(CO'RAM NO'BIS)<br><br>CASE NO. 2:24-CR-00132TS |

The petition of Ryan G. Bracken Shows:

1. The petitioner makes his applications for writ of error (Coram Nobis) on the grounds that he is unlawfully detained and restrained of his life, liberty, and property. By false arrest, imprisonment, as well as trespass upon his estate.

2. The prosecutors Trina A. Higgins, Sirena Miller Wissler, and Tanner Zumwalt knowingly substituted my body for the defendant in personam in violation of 18 USC §35 imparting or conveying false information therefore all properties are being detained by the United States of America and all it's agencies, instrumentalities, individuals, firms, corporations, and other persons acting for the United States of America, by way of criminal coercion, illegal seizure, false imprisonment, misrepresentation, and mistake. All for financial gain.

3. The petitioners entitlement is by way of security agreement. See attached documents.

4. The petitioner has sustained Tradename trespass, and infringment by the United States it's agencies, instrumentalities, and officials. We have lost property, money, credibility, services, and sustained injury in fact as well as endured damages to our goodwill and liberty.

5. The United States Attorney's Trina A. Higgins, Sirena Miller Wissler, and Tanner Zumwalt entered misinformation and inferior title which resulted in fraud upon the Court. Letters of administrations upon the estate of the petitioner, who is in fact alive have no validity or affect against him.( Scott V. Mcneal, 154) ( Griffith V. Frazier, 8 cranch) ( Sheldon V. Newton, 3) (Cooper V. Newell, 173) Rule 17(a)(1)(e).

6. The petitioners action is for release and recovery of private, personal intellectual property, as well any and all properties obtained by the express business trust RYAN GREGORY BRACKEN. Furthermore actual damages, Profits, and costs under section 35 of 15U.S.C. § 1117, as well as the destruction of all infringing articles under section 36 of 15 U.S.C. § 1118. As soon as possible.

1

7. To the petitioners best knowledge the property is being held at 351 South, west temple, Salt Lake City, UTAH 84101 and assigned to the B.O.P. 320 1st ST. N,W Washington D.C. 20534.

## GROUNDS for RELIEF

1. The writ of error (Coram Nobis) is in fact a necessary extraordinary remedy. To correct fact only, not the error of the judge, and reversing it is not reversing their own judgment. If error by process or through the default of the Clerk, it may be reversed in the same Court by way of writ of error (Coram Nobis) (2 Tidds practice 1136,1137) (4th Am ed) (United States V. Morgan).

2. The petitioner Ryan G. Bracken is the Owner/TTEE as well as Real party of interest, therefore the prosecutor's Trina A. Higgins, Sirena Miller Wissler, and Tanner Zumwalt lack any capacity or authority to recover for the petitioner.

3. Rule 60 (D)(2); Due to the fact the petitioner had not so personally been notified by the prosecutor's Trina A. Higgins, Sirena Miller Wissler, and Tanner Zumwalt, he may, at anytime within one year after final judgment enter his appeurance, and there upon the court shall set aside the judgement and permit such petitioner to plead on payment of such cost as the Court deems just, (28 USC 1655)

4. The trial court was unaware of the fact the prosecutor's Trina A. Higgins, Sirena Miller Wissler, and Tanner Zumwalt Submitted an insufficient tittle in violation of the petitioners right to due process guaranteed by the 14th amendment.

5. The United States attorney's Trina A. Higgins, Sirena Miller Wissler, and Tanner Zumwalt never personally served the petitioner Ryan G. Bracken Owner/TTEE and real party of interest, Instead they did substitute service by publication which has no legal basis for judgment in personam against the petitioner, (Scott V. Mcneal) (United States V. Nasri) (Cunnius. V. Reading school dist.)

2

6. The security agreement establishes the in rem RYAN GREGORY BRACKEN is the property of Ryan G. Bracken Ownerr/TTEE and real party of interest to which both are in the Custody of the United States in violation of the 4th, and 5th amendments as well as sections 1 and 4 of the 14th amendment.

7. The United States attorney's Trina A. Higgins, Sirena Miller Wissler, and Tanner Zumwalt presented false and fictitious evidence to acquire jurisdiction and conversion of the private intelectual property the express business trust RYAN GREGORY BRACKEN belonging to the petitioner Ryan G. Bracken Owner/TTEE real party of interest. The evidence provided is subject to two or more different interpretations 1, patent, and 2 latent. Where, the instrument being apparently free from obscurity, a doubt arises in carrying it into execution, E.G., from the name used being applicable to two persons or things. Extrinsic evidence is admissible and necessary to correct the misrepresentation for financial gain by the United States attorney's.

8. The sentencing procedure of the petitioner in which significant mitigating information was deliberately not presented to the trial Court for consideration due to fear of reprisal does not comport with due process, Not only because of the duress itself, but also because of its consequences; a sentence based on incomplete-thereby inaccurate information, misinformation or misunderstanding that is materially untrue regarding a prior criminal record, or meterial false assumptions as to any facts relevent to sentencing, renders the entire sentencing procedure invalid as a violation of due process.

### PRAYER

for the reasons just stated, the petitioner, Owner/TTEE real Party of Interest prays that:

A. This Court issue a write of error (Coram Nobis ) Commanding the United States to produce the body of the petitioner Ryan G. Bracken before this Court at a time and place to be specified in the writ;

B. This Court conduct a hearing and inquiry into the cause of the petitioners detention; and

3

C. Following the hearing, petitioner as well as properties from the restraint and detention described in this application be ordered discharged, and returned to the real party of interest.

DATED: 6-10-2025

BY: Ryan G. Blocker

4

# UNITED STATES DISTRICT COURT
## DISTRICT of UTAH

| | |
|---|---|
| State of: UTAH | **VERIFICATION** |
| County of: Salt Lake | |

The petitioner Ryan G. Bracken, being duly sworn, deposes and states:

1. I am the petitioner Ryan G. Bracken Owner/TTEE real party of interest, in this action.

2. I have read the petition and every statement in it is true and correct within my personal knowledge.

3. I signed this verification on 6-10-2025 at Terminal Island, California.

BY: Ryan G. Bracken, Bracken

Ryan G. Bracken

I declare under penalty of perjury that all of the statements made in this "verification" are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the verification.

# EXHIBIT _A_



**Work Item 1560882500030**
**Original File Number 1560882500030**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**05/15/2025 11:59 PM**

Steve Simon
Secretary of State

## Business Record Details »

Minnesota Business Name
## RYAN GREGORY BRACKEN

**Business Type**
Assumed Name

**MN Statute**
333

**File Number**
1560882500030

**Home Jurisdiction**
Minnesota

**Filing Date**
5/15/2025

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2026

**Principal Place of Business Address**
4051 S 3515 W
West Valley, UT 84119
USA

| Applicant | Applicant Address |
| --- | --- |
| Bracken, Ryan Gregory | 4051 S 3515 W, WVC, UT 84119 |
| Ryan G. Bracken | 4051 S 3515 W, WVC, UT 84119 |
| Ryan-Gregory; Bracken | 4051 S 3515 W, WVC, UT 84119 |

Filing History

# Filing History

**Select the item(s) you would like to order:** Order Selected Copies

| | Filing Date | Filing | Effective Date |
| --- | --- | --- | --- |
| ☐ | 5/15/2025 | Original Filing - Assumed Name (Business Name: RYAN GREGORY BRACKEN) | |

2

# Office of the Minnesota Secretary of State
## Assumed Name | Certificate of Assumed Name
### Minnesota Statutes, Chapter 333

Read the instructions before completing this form.

Filing Fee: $50 for expedited service in-person and online filings, $30 if submitted by mail

Note: An Annual Renewal is required to be filed once every calendar year, beginning in the calendar year following the original filing with the Secretary of State.

The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable consumers to be able to identify the true owner of a business.

Note: Information provided when filing a business entity is public data and may be viewable online. This includes but is not limited to all individual names and addresses.

1. List the exact assumed name under which the business is or will be conducted: (Required)

RYAN GREGORY BRACKEN

2. Principal Place of Business: (Required)

| 4051 S. 3515 W. | West Valley | UT | 84119 |
| Street Address *(A PO Box by itself is not acceptable)* | City | State | Zip |

3. List the name and complete street address of all persons conducting business under the above Assumed Name, OR if an entity, provide the legal corporate, LLC, or Limited Partnership name and registered office address: (Required)
Note: A PO Box by itself is not acceptable. Attach additional sheet(s) if necessary.

| Bracken, Ryan Gregory | 4051 S. 3515 W. | WVC | UT | 84119 |
| Name | Street | City | State | Zip |
| Ryan G. Bracken | 4051 S. 3515 W. | WVC | UT | 84119 |
| Name | Street | City | State | Zip |
| Ryan-Gregory ; Bracken | 4051 S. 3515 W. | WVC | UT | 84119 |
| Name | Street | City | State | Zip |

4. I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.

| Ryan G. Bracken | 5-7-2025 |
| Signature *(Only one Applicant or an Authorized Agent is required to sign)* | Date |

| Ryan G. Bracken        Owner/Trustee |
| Print Name and Title |

**Email Address for Official Notices**
Enter an email address to which the Secretary of State can forward official notices required by law and other notices

RyanBracken36@Gmail.com

☑ Check here to have your email address excluded from requests for bulk data, to the extent allowed by Minnesota law.

3

Ryan G. Bracken TTEE/owner
08441511 P.O. Box 3007
terminal Island, California
90733



Scanned by
US Marshal

UNITED STATES COURT of Appeals for the TENTH CIRCUIT

Byron white United States Courthouse

1823 Stout Street
Denver, Colorado 80257
RE: 25-4005/2:24-cr-00132-TS-1

Scanned by
US Marshal