U.S. C...

2025 ...

**UNITED STATES DISTRICT COURT**
**DISTRICT of UTAH**

| | |
|---|---|
| UNITED STATES of AMERICA<br>Plaintiff,<br><br>vs.<br><br>RYAN GREGORY BRACKEN<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

)  NOTICE of APPEARANCE of

)  Ryan G. Bracken TTEE/OWNER
)  Real Party of interest

)  **CASE NO. 2:24-CR-00132TS**

**TO: All parties and their Attorneys of record:**

Take Notice that as of _6-10-2025_ Ryan G. Bracken has appeared in this action,

Service of all pleadings, papers and documents required to be served in this action should also be served on, Ryan G. Bracken at address below:

c/o Ryan G. Bracken TTEE/Owner
08441511 p.o. Box 3007
Terminal Island, California 90733

Dated: _6-10-2025_

By: _Ryan G. Bracken, Bracken_

I