| | | |
|---|---|---|
| UNITED STATES of AMERICA<br>Plaintiff, | ) ) ) | CORPORATE DISCLOSURE<br>STATEMENT |
| vs. | ) ) ) | Fed. R. CRIMINAL 12.4(a)(1) |
| RYAN GREGORY BRACKEN,<br>Defendant. | ) ) ) ) | CASE NO. 2:24-CR-00132TS |

RYAN GREGORY BRACKEN Certifies that it is a Non-govenmental Corporation organized and existing under the laws of the STATE of MINNESOTA with its principal place of business in Salt Lake City, Utah.

RYAN GREGORY BRACKEN Submits the following Statement of its Corporate interests and affiliations pursuant to rule 12.4(a)(1) of the Federal rules of criminal procedure for the use of the judges of this Court.

1. RYAN GREGORY BRACKEN is not a publicly held Corporation or other publicly held entity.

2. RYAN GREGORY BRACKEN does have a parent Corporation.

   A. The identity of the parent Corporation is: Ryan G. Bracken, Bracken, Ryan Gregory; Ryan-Gregory; Bracken

   B. The parent Corporations relationship to RYAN GREGORY BRACKEN is that of an OWNER/TTEE Real party of interest.

3. No publicly held Corporation owns 10 percent or more of RYAN GREGORY BRACKEN'S Stock.

Dated: 6-10-2025

By: Ryan G. Bracken ، Bracken

" I declare, (certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and Correct."

1