# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 16, 2025

FILED
2025 JUN 16
CLERK
U.S. DISTRICT COURT

Gary P. Serdar, Clerk
USDC – District of Utah
351 South West Temple
Salt Lake City, UT  84101

Re:     Misdirected Writ of Error Coram Nobis  – Ryan Bracken
        2:24-CR-00132-TS

Dear Clerk,

Enclosed please find a Notice of appearance, Disclosure statement, and a Writ of Error. Please process accordingly.  Please advise if you would like us to forward the originals to your court.

Sincerely,

CHRISTOPHER M. WOLPERT, Clerk

cc:     Ryan Bracken

CMW/dd